UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HIRACHETA,<br><br>                Petitioner,<br><br>     v.<br><br>KEN CLARK,<br><br>                Respondent. | Case No. 1:19-cv-00988-DAD-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS FOR LACK OF JURISDICTION<br><br>(Doc. No. 4) |

Petitioner Anthony Hiracheta is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 1, 2019, the assigned magistrate judge issued findings and recommendations recommending that the petition be dismissed for lack of jurisdiction. (Doc. No. 4.) Specifically, the magistrate judge found that the pending petition is a second or successive petition and that petitioner has not obtained leave from the Ninth Circuit Court of Appeals to proceed with such a petition. (*Id.* at 2–3.) The findings and recommendations were served on petitioner and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 4.) To date, petitioner has not filed objections, and the time to do so has since passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Finally, the court declines to issue a certificate of appealability. A petitioner seeking writ of habeas corpus has no absolute right to appeal; he may appeal only in limited circumstances. *See* 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003). If a court denies a petitioner's petition, the court may only issue a certificate of appealability when a petitioner makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Where, as here, the court denies habeas relief on procedural grounds without reaching the underlying constitutional claims, the court should issue a certificate of appealability "if jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). In the present case, the court finds that petitioner has not made the required substantial showing of the denial of a constitutional right to justify the issuance of a certificate of appealability. Reasonable jurists would not find the court's determination that the pending petition is a second or successive petition to be debatable, wrong, or deserving of encouragement to proceed further. Thus, the court declines to issue a certificate of appealability.

For these reasons,

1. The findings and recommendations issued on August 1, 2019 (Doc. No. 4) are adopted in full;
2. This petition for writ of habeas corpus is dismissed for lack of jurisdiction because it is an unauthorized second or successive petition;
3. The court declines to issue a certificate of appealability; and

/////
/////
/////
/////

4. The Clerk of the Court is directed to enter judgment in favor of respondent and close this case.

IT IS SO ORDERED.

Dated: **November 6, 2019**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE